[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 13-15475
Non-Argument Calendar
_____

D.C. Docket No. 1:13-cv-00243-SCJ

FIRST CITIZENS BANK & TRUST COMPANY,

Plaintiff-Appellee,

versus

MARIAN HUNTER,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
_____
(June 13, 2014)

Before WILSON, ANDERSON, and COX, Circuit Judges.

PER CURIAM:

Marian Hunter (the Defendant) appeals, presenting two issues. She contends: (1) that the district court erred in remanding this diversity case to the

DeKalb County Superior Court based upon defects in the removal procedure; and (2) that the district court abused its discretion in awarding attorneys' fees ($2,240.00) to First Citizens Bank & Trust Company (the Plaintiff).

As to the first issue, a three-judge panel of this court has entered an order dismissing this appeal of the remand order because this court lacks jurisdiction to review the order. *See* 28 U.S.C. §1447(d) ("An order remanding a case to the State Court from which it was removed is not reviewable on appeal."). While this panel has the right to alter, amend or vacate this order under 11th Cir. R. 27-1(g), we decline to do so.

As to the second issue, we conclude that the district court did not abuse its discretion in the fee award pursuant to 28 U.S.C. § 1447(c) because the court did not err in the conclusion that the removal was objectively unreasonable.

The appeal of the remand order stands DISMISSED for lack of our jurisdiction to review it. The award of attorneys' fees is AFFIRMED.

2